# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV22-02895-AS | Date | July 29, 2022 |
|---|---|---|---|
| Title | Pinhui Wang v. Ur M. Jaddou et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**     (IN CHAMBERS) **SECOND ORDER TO SHOW CAUSE**

On July 11, 2022, the Court, noting that Plaintiff had failed to file a proof of service within 10 days of the service of the summons and complaint, issued an Order to Show Cause why this case should not be dismissed with prejudice for failure to prosecute. (Dkt. No. 10). Plaintiff was directed to file a Proof of Service no later than July 18, 2022. Id.

To date, Plaintiff has failed to file a proof of service or request an extension of time in which to do so. Accordingly, the Court issues this **second and final Order to Show Cause** why this action should not be dismissed with prejudice for failure to prosecute and obey Court Orders. Plaintiff may discharge this Order by filing a proof of service no later than **August 3, 2022.**

.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |